# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-50401
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 2, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAUL PALACIOS-GARCIA,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:13-CR-819-1

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Raul Palacios-Garcia appeals the sentence imposed following his guilty plea conviction for illegal reentry following a previous deportation. He argues that the district court erred in imposing an obstruction-of-justice enhancement and in refusing to apply the acceptance-of-responsibility reduction. In addition, he argues that the district court's denial of his motion to file out-of-time objections to the presentence report was an abuse of discretion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-50401

Palacios-Garcia has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007).

APPEAL DISMISSED.